IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD F. TUTTLE, JR., et al. | § | |
| *Consolidated with* | § | |
| JOHN NICHOLAS, et al. | § | |
| | § | |
| Plaintiffs, | § | CASE NO. 4:21-CV-00270 |
| | § | *Consolidated with* |
| v. | § | CASE NO. 4:21-cv-00272 |
| | § | |
| FELIPE GALLEGOS, et al. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Felipe Gallegos, a defendant in the above-styled case, appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Sealed Order rendered on March 31, 2025 (Dkt. #438), denying Felipe Gallegos's Motion for Summary Judgment based upon qualified immunity (Dkt. #318) and related Motion to Strike (Dkt. #362). This order is immediately appealable pursuant to collateral order doctrine under *Mitchell v. Forsyth*, 472 U.S. 511 (1985), among other authorities.

Dated: April 15, 2025

                                                Respectfully submitted,

                                                */s/ Russell Hardin, Jr.*
                                                Russell Hardin, Jr.
                                                *Attorney-in-Charge*
                                                Texas State Bar No. 08972800
                                                Southern District of Texas No. 19424
                                                Email: rhardin@rustyhardin.com

OF COUNSEL:
RUSTY HARDIN & ASSOCIATES, LLP
Letitia D. Quinones (Of Counsel to the Firm)
State Bar No. 24008433
Federal I.D. No. 23722
John MacVane (Of Counsel to the Firm)
State Bar No. 24085444
Federal I.D. No. 2209776
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: rhardin@rustyhardin.com
Email: lquinones@rustyhardin.com
Email: jmacvane@rustyhardin.com

***ATTORNEYS FOR DEFENDANT***
***FELIPE GALLEGOS***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2025, a true and correct copy of the foregoing was delivered to all parties through their counsel(s) of record, in accordance with the Rules, via email or CM/ECF to the following:

Michael Patrick Doyle
mdoyle@doylelawfirm.com
Jeffrey I. Avery
jeffavery@doylelawfirm.com
Patrick M. Dennis
Doyle LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

Michael T. Gallagher
mike@gld-law.com
L. Boyd Smith, Jr.
bsmith@fld-law.com
Pamela R. McLemore
pamm@gld-law.com
The Gallagher Law Firm
2905 Sackett St
Houston, TX 77098

Charles Bourque, Jr.
St. Martin & Bourque
315 Barrow St
Houma, LA 70360
cbourque@stmblaw.com

Dwayne Richard Day
Attorney at Law
3401 Allen Pkwy, Suite 100
Houston, TX 77019
Fax: 713-759-6930
dday@ddaylaw.com

David Allen Nachtigall
Attorney at Law, PLLC
1545 Heights, Ste. 100
Houston, TX 77008
david@dntriallaw.com

Alistair B. Dawson
adawson@beckredden.com Lena
Elizabeth Silva
lsilva@beckredden.com Garrett
Scott Brawley
gbrawley@beckredden.com Beck
Redden LLP
1221 McKinney, Ste 4500
Houston, TX 77010

Harold Al Odom, III Odom
Law Firm
601 Sawyer, Suite 225
Houston, TX 77007
aodom@aodomlawfirm.com

Christy L. Martin
christy.martin@houstontx.gov
Melissa Azadeh
melissa.azadeh@houstontx.gov
Kelly Ann Dempsey
kelly.dempsey@houstontx.gov
Alexander E. Garcia
alexander.garcia@houstontx.gov
Michelle Charlene Taylor
michelle.taylor2@houstontx.gov
City of Houston
900 Bagby St., 3rd Floor
Houston, Texas 77002

*/s/ John MacVane*
John MacVane