No. 25-20132

IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

CLIFFORD F. TUTTLE, JR., AS REPRESENTATIVE OF THE ESTATE OF DENNIS W. TUTTLE, DECEASED; ROBERT TUTTLE; RYAN TUTTLE; JO ANN NICHOLAS; JOHN NICHOLAS,

PLAINTIFFS-APPELLEES,

V.

FELIPE GALLEGOS,

DEFENDANT-APPELLANT.

―――――――――――――――――――――――――――

JO ANN NICHOLAS, INDIVIDUALLY AND AS AN HEIR OF THE ESTATE OF RHOGENA NICHOLAS; JOHN NICHOLAS, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF RHOGENA NICHOLAS,

PLAINTIFFS-APPELLEES,

V.

FELIPE GALLEGOS,

DEFENDANT-APPELLANT.

―――――――――――――――――――――――――――

On Appeal from the United States District Court for the Southern District of Texas, Houston Division

Honorable Alfred H. Bennett, District Judge
Nos. 4:21-cv-270 and 4:21-cv-272

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION TO FILE APPELLEES' BRIEF OUT OF TIME**
―――――――――――――――――

| | |
|---|---|
| Michael Patrick Doyle | Michael T. Gallagher |
| Jeffrey I. Avery | L. Boyd Smith, Jr. |
| DOYLE DENNIS AVERY LLP | 2905 Sackett Street |
| 3401 Allen Parkway, Suite 100 | Houston, TX 77098 |

Houston, Texas 77019
service@doylelawfirm.com

CHARLES C. BOURQUE, JR.
ST. MARTIN & BOURQUE, LLC
315 Barrow St.
Houma, LA 70360
985-876-3891 (phone)
985-851-2219 (fax)
cbourque@stmblaw.com

Telephone: (713) 238-7705
Facsimile:  (713) 238-7852
mike@gld-law.com
bsmith@gld-law.com
Attorneys for the Tuttle family

### **P**LAINTIFFS-**A**PPELLEES' **U**NOPPOSED **M**OTION TO **F**ILE **A**PPELLEES' **B**RIEF **O**UT OF **T**IME

Pursuant to Federal Rules of Appellate Procedure 26(b), the Nicholas and Tuttle Plaintiffs-Appellees file this unopposed motion to file Appellees' Response brief out of time. Counsel for Plaintiffs-Appellees take responsibility and apologize for erring and not timely submitting the response brief before the September 15, 2025 deadline.  As good cause for granting an extension to untimely file, Plaintiffs-Appellees show the following:

This appeal involves complex civil rights claims brought by the surviving family members of Clifford Tuttle and Rhogena Nicholas, who were killed in their home during a January 2019 raid by the Houston Police Department. This the third time this case has been in the Fifth Circuit in varying forms.

Defendant-Appellant Felipe Gallegos, one of the Houston Police officers involved in that raid, filed his opening appellate brief on August 15, 2025, after receiving two unopposed deadline extensions. When Defendant-Appellant Felipe

2

Gallegos submitted his opening brief, service was properly completed on counsel Charles Bourque for the Nicholas Plaintiffs-Appellees and Michael Gallagher for the Tuttle Plaintiffs-Appellees, as these attorneys have been designated as counsel in the appeal for these parties.

In practice, however, attorneys at Doyle Dennis Avery LLP, who have represented the Nicholas Plaintiff-Appellees in the district court as co-counsel with Mr. Bourque, have been charged with preparing Plaintiffs-Appellees' response brief in this appeal. No attorneys from Doyle Dennis Avery LLP received a copy of Defendant-Appellant Felipe Gallegos's brief when filed, and, as a result, they did not receive the notice of the Court's orders concerning the response deadline for Plaintiffs-Appellees' brief. Due to a lapse in effective communication between Appellee's offices concerning the filing of Appellant-Defendant Felipe Gallegos's brief and the deadline for response, attorneys at Doyle Dennis Avery LLP did not learn of the filing and deadlines until October 1, 2025. That same day, the Court requested Appellees to file this motion by October 14, 2025.

As the missing of the filing deadline reflects an error entirely on the part of Plaintiffs-Appellees' counsel, Plaintiffs'-Appellees have now filed their response brief within 30 days of the prior deadline so as not to cause further delay, and this motion to untimely file Plaintiffs-Appellees' brief is unopposed, Plaintiffs-Appellees respectfully request that this Court grant their request to file their response brief out

of time. This motion is not for delay, but so that this Court can do justice and address Appellant-Defendant Felipe Gallegos's appeal on the merits of the law rather than a procedural technicality error caused by counsel.[1]

Appellees have concurrently filed their brief with this motion.

Dated: October 14, 2025

Respectfully submitted,

/s/ *Jeffrey Avery*

### Certificate of Service

I certify that today, October 14, 2025, a copy of the foregoing document was served, via the Court's CM/ECF Document Filing Service upon the registered CM/ECF users who are counsel of record in this appeal.

*/s/ Jeffrey Avery*
Jeffrey Avery

### Certificate of Conference Pursuant to 5TH CIR. R. 27.4

I certify that as counsel for the movant in the foregoing motion, Plaintiff's counsel contacted counsel for Gallegos, who indicated that the motion is unopposed.

*/s/ Jeffrey Avery*
Jeffrey Avery

---

[1] As this court has recognized in somewhat analogous circumstances, dismissal of a party's claim due to failure to prosecute, "is a severe sanction" that requires that "(1) there is a clear record of delay or contumacious conduct by the plaintiff, and (2) the district court has expressly determined that lesser sanctions would not prompt diligent prosecution, or the record shows that the district court employed lesser sanctions that proved to be futile." *Campbell v. Wilkinson*, 988 F.3d 798, 802 (5th Cir. 2021) (citing *Berry v. CIGNA/RSI-CIGNA*, 975 F.2d 1188 (5th Cir. 1992)). "Additionally, in most cases where this Court has affirmed dismissals with prejudice, we found at least one of three aggravating factors: '(1) delay caused by [the] plaintiff himself and not his attorney; (2) actual prejudice to the defendant; or (3) delay caused by intentional conduct.'" *Id.*

# **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 382 words, excluding the parts of the motion exempted by FED. R. APP. P. 32(f).

2. This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6), as incorporated by FED. R. APP. P. 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 software in Garamond 14-point font.

3. This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4. This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document. This document was filed electronically, in native Portable Document File (PDF) format, via the Fifth Circuit's CM/ECF system

*/s/ Jeffrey Avery*
Jeffrey Avery