No. 25-20132

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Clifford F. Tuttle, Jr., as Representative of the Estate of Dennis W. Tuttle, Deceased; Robert Tuttle; Ryan Tuttle; Jo Ann Nicholas; John Nicholas,

**Plaintiffs-Appellees**,

v.

Felipe Gallegos,

**Defendant-Appellant.**

---

Jo Ann Nicholas, individually and as an heir of the Estate of Rhogena Nicholas; John Nicholas, as temporary administrator of the Estate of Rhogena Nicholas,

**Plaintiffs-Appellees**,

v.

Felipe Gallegos,

**Defendant-Appellant**.

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division
Honorable Alfred H. Bennett, District Judge
Nos. 4:21-cv-270 and 4:21-cv-272

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR 21-DAY EXTENSION OF DEADLINE TO FILE APPELLANT'S REPLY BRIEF**

RUSSELL HARDIN, JR.
JOHN MACVANE
RUSTY HARDIN & ASSOCIATES, L.L.P.
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
(713) 652-9000 Phone
RHardin@RustyHardin.com
JMacVane@RustyHardin.com

*Counsel for Defendant-Appellant*

## DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR 21-DAY EXTENSION OF DEADLINE TO FILE APPELLANT'S REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 31(a)(1), Defendant-Appellant Felipe Gallegos files this unopposed motion to extend the deadline to file his appellant's brief by 21 days, making the deadline November 28, 2025. As good cause therefore, Mr. Gallegos would show the following:

Lead counsel in this matter, Rusty Hardin is also lead counsel in *Carli Skaggs*, et al. *v. Angels Baseball LP*, Case No. 30-2021-01231706-CU-PO-CJC, currently pending in the California state court in Orange County, California. This case is currently in a jury trial and has been since October 6, 2025, with trial expected to continue for the next several weeks. Though Mr. Hardin is not primarily responsible for drafting the reply brief, his trial commitments, and the personal and professional commitments of co-counsel, John MacVane, have delayed the preparation of the reply brief.

Given counsels' other professional and personal commitments, good cause exists for a 21-day extension of Mr. Gallegos's appellant's reply brief. This motion is not for delay only, but so this Court can do justice.

[*signatures on following page . . . .*]

Date: <u>November 3, 2025</u>                    Respectfully submitted,

<u>/s/ John MacVane</u>
RUSSELL HARDIN, JR.
Attorney in Charge
Texas State Bar No. 08972800
JOHN MACVANE
Texas Bar No. 24085444

RUSTY HARDIN & ASSOCIATES, L.L.P.
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
(713) 652-9000 Phone
RHardin@RustyHardin.com
JMacVane@RustyHardin.com

*Counsel for Defendant-Appellant*

## Certificate of Service

I certify that today, November 3, 2025, a copy of the foregoing document was served, via the Court's CM/ECF Document Filing Service upon the following registered CM/ECF users who are counsel of record in this appeal:

Michael Timothy Gallagher, Esq.
Charles C. Bourque, Jr.

<u>/s/ John MacVane</u>
John MacVane

## Certificate of Conference Pursuant to 5TH CIR. R. 27.4

I certify that as counsel for the movant in the foregoing motion I contacted counsel for all other parties to this appeal, who indicated that the motion is unopposed and no opposition would be filed.

<u>/s/ John MacVane</u>
John MacVane

...

# **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 189 words, excluding the parts of the motion exempted by FED. R. APP. P. 32(f).

2. This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6), as incorporated by FED. R. APP. P. 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 software in Garamond 14-point font.

3. This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4. This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document. This document was filed electronically, in native Portable Document File (PDF) format, via the Fifth Circuit's CM/ECF system.

5.

*/s/ John MacVane*
John MacVane