# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 03, 2026

Mr. Jeffrey I. Avery
Doyle Dennis, L.L.P.
3401 Allen Parkway
Suite 100
Houston, TX 77019

Mr. Russell Hardin Jr.
Rusty Hardin & Associates, L.L.P.
1401 McKinney Street
Suite 2250
Houston, TX 77010

Mr. John MacVane
808 Travis Street
Esperson Building
Suite 100
Houston, TX 77002

      No. 25-20132    Tuttle v. Gallegos
                      USDC No. 4:21-CV-270
                      USDC No. 4:21-CV-272

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record** excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header.  **Do not submit paper copies without a filing header.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Olivia G. Andry, Deputy Clerk

cc:
    Mr. Charles C. Bourque Jr.
    Mr. Michael Timothy Gallagher