# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2026

TO COUNSEL LISTED BELOW:

    No. 25-20132    Tuttle v. Gallegos

Dear Counsel:

Due to a scheduling conflict this case will not be scheduled during the week of 03/30/2026, as previously advised.

It will be scheduled during the week of **04/27/2026**.  Please mark your calendar accordingly.

    Very truly yours,

    LYLE W. CAYCE, Clerk

    *Charles Whitney*

    By:_____
    Charles B. Whitney
    Calendar Clerk
    504-310-7679

Mr. Jeffrey I. Avery
Mr. Russell Hardin Jr.
Mr. John MacVane